John C. Ulin (Bar No. 165524)
john.ulin@hellerehrman.com
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, California 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Samuel R. Watkins (admitted *Pro Hac Vice*)
samuel.watkins@hellerehrman.com
Andrew N. Sachs (admitted *Pro Hac Vice*)
andrew.sachs@hellerehrman.com
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Attorneys for Plaintiff
PHILIP MORRIS USA INC.



ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKE KO, an individual; KFI BEAUTY SUPPLIES, INC., a California corporation; and DOES ONE through TEN, inclusive, <br><br> Defendants. | Case No. CV 05-9013 (VBF) (RCX) <br><br> **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT AND PERMANENT INJUNCTION AGAINST KFI BEAUTY SUPPLIES, INC.** <br><br> The Honorable Valerie B. Fairbank |

This Court, having considered Philip Morris USA Inc.'s ("Philip Morris USA") notice of motion and motion for summary judgment ("Motion"); the memorandum of points and authorities in support thereof; the statement of uncontroverted facts; the declaration of Samuel R. Watkins and exhibits thereto; the declaration of Kalai Lau Wineland, the declaration of Felix G. Luna, the declaration of Zakariyaou Nimaga; any opposition and reply papers; the pleadings and papers on

1

[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT AND PERMANENT INJUNCTION AGAINST KFI BEAUTY SUPPLIES, INC.: CV 05-9013 VBF (RCX)

file in this case; the arguments and evidence presented by counsel at the hearing on Defendants' motion for continuance on November 26, 2007; the arguments and evidence presented by counsel at the hearing on the Motion on December 21, 2007; the issues having been fully considered,

**IT IS HEREBY ORDERED** as follows:

1. Philip Morris USA's Motion is granted as to Defendant KFI Beauty Supplies, Inc. ("KFI").

2. Philip Morris USA is entitled to judgment against KFI on the following claims: (1) infringement of registered trademarks in violation of Section 32(1) of the Lanham Act (15 U.S.C. § 1114(1)); (2) trademark and trade dress infringement in violation of Section 43(a)(1)(A) of the Lanham Act (15 U.S.C. § 1125(a)(1)(A)); (3) importation of goods bearing infringing trademarks in violation of Section 42 of the Lanham Act (15 U.S.C. § 1124); (4) importation of goods bearing a U.S. trademark in violation of Section 526(a) of the Tariff Act (19 U.S.C. § 1526(a)); and (5) unfair competition in violation of California State common law.

3. Having found that KFI's infringement of Philip Morris USA's trademarks was "willful" pursuant to 15 U.S.C. § 1117(c), KFI is liable to Philip Morris USA for statutory damages in the amount of $4,000,000.

4. Having found that this is an "exceptional" case pursuant to 15 U.S.C. § 1117(a), KFI is liable to Philip Morris USA for reasonable attorneys' fees in this case. Pursuant to Local Rule 55-3, "reasonable attorneys' fees" in this case are $83,600 ($5,600 plus 2% of the amount over $100,000).

5. KFI is liable to Philip Morris USA for costs in the amount of $284.55 pursuant to 15 U.S.C. § 1117(a).

6. **IT IS FURTHER ORDERED THAT**, pursuant to 15 U.S.C. § 1116(a), KFI and its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with KFI, are hereby **PERMANENTLY ENJOINED** from:

(a) purchasing, importing, selling, offering for sale, or otherwise using in commerce any counterfeit cigarettes bearing Philip Morris USA's trademarks, including without limitation the MARLBORO®, MARLBORO Red Label®, MARLBORO LIGHTS® and MARLBORO LIGHTS Label® trademarks; and

(b) Assisting, aiding or abetting any other person or entity in purchasing, importing, selling, offering for sale, or otherwise using in commerce any counterfeit cigarettes bearing Philip Morris USA's trademarks, including without limitation the MARLBORO®, MARLBORO Red Label®, MARLBORO LIGHTS® and MARLBORO LIGHTS Label® trademarks.

7. The terms of this Order shall be enforceable against KFI, its successors in interest and assigns, and any persons or entities working in active concert or participation with KFI.

8. This Court shall retain jurisdiction to enforce this Order. If KFI breaches any of the terms of this Order, Philip Morris USA shall have the right to reopen this matter upon a motion to be filed and heard on an expedited basis. If this matter is so reopened, Philip Morris USA may pursue any remedies it may have against KFI.

DATE: Dec 27, 2007

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Submitted by:

HELLER EHRMAN LLP

By: John Ulin (ANS)
John C. Ulin

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

3

[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT AND PERMANENT INJUNCTION AGAINST KFI BEAUTY SUPPLIES, INC.: CV 05-9013 VBF (RCX)