ORIGINAL

Priority Send ✓
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

John C. Ulin (Bar No. 165524)
john.ulin@hellerehrman.com
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, California 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Samuel R. Watkins (admitted *Pro Hac Vice*)
samuel.watkins@hellerehrman.com
Andrew N. Sachs (admitted *Pro Hac Vice*)
andrew.sachs@hellerehrman.com
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKE KO, an individual; KFI BEAUTY SUPPLIES, INC., a California corporation; and DOES ONE through TEN, inclusive, <br><br> Defendants. | Case No. CV 05-9013 VBF (RCX) <br><br> [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS MIKE KO AND KFI BEAUTY SUPPLIES, INC. <br><br> The Honorable Valerie B. Fairbank |

Upon consideration of Philip Morris USA Inc.'s ("Philip Morris USA") Motion for Summary Judgment against Defendants Mike Ko and KFI Beauty Supplies, Inc. ("KFI"), which motion was granted as to KFI on December 27, 2007 and as to Mike Ko on April 12, 2008, this Court finds that entry of judgment is appropriate and it is hereby ORDERED, ADJUDGED and DECREED that Judgment is hereby entered in favor of Philip Morris USA and against Defendants Mike Ko and KFI, as follows:

1. Defendants and their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with Defendants, are hereby permanently enjoined from:

    (a) purchasing, importing, selling, offering for sale, or otherwise using in commerce any counterfeit cigarettes bearing Philip Morris USA's trademarks, including without limitation the MARLBORO®, MARLBORO Red Label®, MARLBORO LIGHTS® and MARLBORO LIGHTS Label® trademarks; and

    (b) assisting, aiding or abetting any other person or entity in purchasing, importing, selling, offering for sale, or otherwise using in commerce any counterfeit cigarettes bearing Philip Morris USA's trademarks, including without limitation the MARLBORO®, MARLBORO Red Label®, MARLBORO LIGHTS® and MARLBORO LIGHTS Label® trademarks;

2. The Court awards Philip Morris USA $4,000,000.00 in statutory damages against Defendants for their willful infringement, pursuant to 15 U.S.C. § 1117(c), of four trademarks, the property of Philip Morris USA;

3. The Court grants Philip Morris USA attorneys' fees in the amount of $83,600.00 due to this being an "exceptional" case pursuant to 15 U.S.C. § 1117(a);

4. The Court grants Philip Morris USA costs in the amount of $284.55 pursuant to 15 U.S.C. § 1117(a); and

5.  The Court shall retain jurisdiction over this action to enforce the terms of this Judgment and Permanent Injunction.

DATED: April 23, 2008

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented By:

Samuel R. Watkins

Attorneys for Plaintiff
PHILIP MORRIS USA INC.